UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Local 705 International Brother−Hood of Teamsters Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:17−cv−03117

Honorable Edmond E. Chang

Gradei's Express Co., Inc.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 15, 2018:

MINUTE entry before the Honorable Edmond E. Chang: Plaintiffs' motion [36] for attorneys' fees and costs is granted. Defendant has not responded within the Local Rule 54.3 proposal−and−objection procedure, and thus has forfeited any objection. Independently, the proposed hourly rates and hours are reasonable in a case of this nature, particularly in light of the need to prepare a summary judgment motion. Accordingly, attorneys' fees are awarded in the amount of $12,490.00 and costs in the amount of $577.00.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.