# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Local 705 International Brother-hood of Teamsters Pension Fund, et al.,

Plaintiff(s),

v.

Gradei's Express Co., Inc.,

Defendant(s).

Case No. 17 C 03117
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of Plaintiff Local 705 International Brother-Hood of Teamsters Pension Fund and against Defendant in the amount of $427,722.69. Judgment entered in favor of Local 705 International Brother-Hood of Teamsters Health and Welfare Fund in the amount of $287.659.62. Post-judgment interest shall apply to both amounts. Plaintiffs are awarded attorney's fees of $12,490.00 and costs of $577.00.

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion

Date: 5/15/2018                    Thomas G. Bruton, Clerk of Court

                                   s\Sandra Brooks , Deputy Clerk